## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL FLOYD, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-00030-CFC |
| | ) |
| v. | ) |
| | ) |
| PIONEER NATURAL RESOURCES | ) JURY TRIAL DEMANDED |
| COMPANY, J. KENNETH THOMPSON, | ) |
| RICHARD P. DEALY, A.R. ALAMEDDINE, | ) |
| LORI A. GEORGE, EDISON C. | ) |
| BUCHANAN, MARIA S. JELESCU | ) |
| DREYFUS, MATTHEW GALLAGHER, | ) |
| PHILLIP A. GOBE, STACY P. METHVIN, | ) |
| ROYCE W. MITCHELL, SCOTT D. | ) |
| SHEFFIELD, and PHOEBE A. WOOD, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action").  Defendants

have neither served an answer or a motion for summary judgment in the Action.

Dated:  February 22, 2024                **LONG LAW, LLC**

                                    By:    */s/ Brian D. Long*
                                            Brian D. Long (#4347)
                                            3828 Kennett Pike, Suite 208
                                            Wilmington, DE 19807
                                            Telephone: (302) 729-9100
                                            Email: BDLong@longlawde.com

                                            *Attorneys for Plaintiff*